Napolian DeVerville, minor, by his father and next friend, Napolian DeVerville, Sr., appellee, v. City of Chicago, appellant. Gen. No. 39,990.

 Opinion filed June 30, 1938.

Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa and L. Louis Karton, Assistant Corporation Counsel, of counsel. Philip Baim, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Frank F. Tracy, appellee, v. Ben Yost, defendant. Appeal of Select Operating Corporation and Wm. C. Quentmeyer, appellants. Gen. No. 40,024.

 Opinion filed June 30, 1938.

Sinden & Hassell, for appellants; Clyde C. Fisher, of counsel. Henry A. Kalcheim, for appellee; Abraham Miller, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Charlotte Sabarnia, plaintiff, v. Mae Robinson, defendant. Burton I. Stolarsky, appellee, v. Frank W. Brown, appellant. Gen. No. 40,037.

 Opinion filed June 30, 1938.

Burton I. Stolarsky, pro se. Frank W. Brown, pro se.

Mr. Justice O'Connor delivered the opinion of the court.